AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cook, Deborah L. | U.S. Court of Appeals, 6th Cir | 04/13/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S Circuit Judge - Active | ☐ Nomination. Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 <br> to <br> 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 433 U.S Courthouse <br> 2 South Main Street <br> Akron, OH 44308 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Collegescholars, Inc |
| 2. Trustee | Trust 1 (see Part VIII) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | I am eligible for State of Ohio retirement benefits. |
| 2. | |
| 3. | |

Cook, Deborah L.

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 04/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook. Deborah L. | 04/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. National City Bank Account | A | Interest | J | T | | | | | |
| 2. Trust I | D | Int./Div. | P1 | T | | | | | |
| 3. - Morgan Stanley Bank Deposit | A | Interest | N | T | | | | | |
| 4. - Powershares DB Comm TRK Inc | | None | | | Buy | 11/04/09 | M | | |
| 5. - Powershares DB CommTRK Inc | | | M | T | Sold (part) | 11/16/09 | L | | |
| 6. - SPDR Gold TR Gold Shs | | None | M | T | Buy | 11/04/09 | M | | |
| 7. - American Muni Pwr Inc OH Comb Hydroelectric Proj Ref | | None | L | T | Buy | 11/19/09 | L | | |
| 8. - Ohio St Hosp Rev-B Cleveland Clinic Hlth Sys Oblig Group | | None | M | T | Buy | 08/18/09 | M | | |
| 9. - AT&T | A | Dividend | | | Sold | 11/03/09 | J | | |
| 10. - General Electric | A | Dividend | | | Sold | 11/03/09 | J | | |
| 11. - Garmin | | None | | | Sold | 08/12/09 | K | D | |
| 12. - Honeywell International Inc | A | Dividend | | | Sold | 09/17/09 | K | D | |
| 13. - Ishares Comex Gold TR | | None | | | Buy | 11/04/09 | M | | |
| 14. - Ishares Comex Gold TR | | | | | Sold | 11/16/09 | N | D | |
| 15. - Johnson & Johnson | A | Dividend | | | Sold | 11/03/09 | K | A | |
| 16. - Ishares MSCI EAFE fund | B | Dividend | | | Sold (part) | 03/06/09 | K | | |
| 17. - Ishares MSCI EAFE Fund | | | | | Sold (part) | 03/06/09 | K | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Ishares MSCI EAFE Fund | | | | | Sold (part) | 11/03/'09 | K | A | |
| 19. - Ishares MSCI EAFE Fund | | | | | Sold | 11/03/09 | L | B | |
| 20. - Ishares MSCI Emerging Mkts | B | Dividend | | | Sold (part) | 03/06/09 | K | | |
| 21. - Ishares MSCI Emerging Mkts | | | | | Sold (part) | 08/18/09 | K | D | |
| 22. - Ishares MSCI Emerging Mkts | | | | | Sold (part) | 08/31/09 | J | B | |
| 23. - Ishares MSCI Emerging Mkts | | | | | Sold (part) | 08/31/09 | K | D | |
| 24. - Ishares MSCI Emerging Mkts | | | | | Sold | 11/3/09 | M | E | |
| 25. - Ishares SP Smallcap 600 Index | A | Dividend | | | Sold (part) | 03/06/'09 | K | | |
| 26. - Ishares SP Smallcap 600 Index | | | | | Sold (part) | 08/21/09 | K | | |
| 27. - Ishares SP Smallcap 600 Index | | | | | Sold (part) | 08/21/09 | J | | |
| 28. - Ishares SP Smallcap 600 Index | | | | | Sold (part) | 11/03/09 | L | | |
| 29. - Ishares SP Smallcap 600 Index | | | | | Sold | 11/03/09 | K | | |
| 30. - Pfizer | A | Dividend | | | Sold | 11/03/09 | J | | |
| 31. - Rydex S&P Equal Weight ETF | B | Dividend | | | Sold (part) | 08/21/09 | K | | |
| 32. - Rydex S&P Equal Weight ETF | | | | | Sold | 11/03/09 | M | | |
| 33. - Standard & Poors Midcap 400 | B | Dividend | | | Sold (part) | 11/03/09 | K | A | |
| 34. - Standard & Poors Midcap 400 | | | | | Sold | 11/03/09 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Vanguard TTL STK Mkt ETF | C | Dividend | | | Sold (part) | 08/31/09 | L | | |
| 36. - Vanguard TTL STK Mkt ETF | | | | | Sold (part) | 11/03/09 | K | | |
| 37. - Vanguard TTL STK Mkt ETF | | | | | Sold (part) | 11/03/09 | L | | |
| 38. - Vanguard TTL STK Mkt ETF | | | | | Sold (part) | 11/03/09 | L | | |
| 39. - Vanguard TTL STK Mkt ETF | | | | | Sold | 11/03/09 | K | | |
| 40. IRA - 1 | | None | P1 | T | | | | | |
| 41. - Morgan Stanley Bank Deposit | | None | O | T | | | | | |
| 42. - Ishares Barclays Agg. Bd Fd | | None | O | T | | | | | |
| 43. - Ishares IBOXX Invest Gr Cor Fd | | None | N | T | | | | | |
| 44. - Powershares DB Comm Trk Inc | | None | M | T | Buy | 08/18/09 | J | | |
| 45. - Powershares DB Comm Trk Inc | | | | | Buy (add'l) | 08/21/09 | L | | |
| 46. - Powershares DB Comm Trk Inc | | | | | Buy (add'l) | 11/04/09 | M | | |
| 47. - Powershares DB Comm Trk Inc | | | | | Sold (part) | 11/16/09 | L | C | |
| 48. - Powershares DB Comm Trk Inc | | | | | Sold (part) | 11/16/09 | K | B | |
| 49. - SPDR Gold Tr Gold | | None | N | T | Buy | 05/08/09 | K | | |
| 50. - SPDR Gold Tr Gold | | | | | Buy (add'l) | 08/21/09 | L | | |
| 51. - SPDR Gold Tr Gold | | | | | Buy (add'l) | 08/31/09 | K | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - SPDR Gold Tr Gold | | | | | Buy (add'l) | 11/04/09 | M | | |
| 53. - National City Corp Bond | None | | L | T | Buy | 04/23/09 | K | | |
| 54. - Morgan Stanley Corp Bond | None | | L | T | Buy | 05/08/09 | K | | |
| 55. - United States Treasury Note-Inflation Indexed | None | | N | T | | | | | |
| 56. - United States Treasury Note-Inflation Indexed | None | | N | T | | | | | |
| 57. - Ishares Comex Gold Tr | None | | | | Buy | 11/04/09 | N | | |
| 58. - Ishares Comex Gold Tr | | | | | Sold | 11/16/09 | N | D | |
| 59. - SPDR DJ Wilshire Intl Real Est | None | | | | Sold (part) | 03/06/09 | J | | |
| 60. - SPDR DJ Wilshire Intl Real Est | | | | | Sold (part) | 03/06/09 | J | | |
| 61. - SPDR DJ Wilshire Intl Real Est | | | | | Sold | 03/06/09 | J | | |
| 62. - The New Ireland Fund Inc | None | | | | Buy | 01/21/09 | J | | |
| 63. - The New Ireland Fund Inc | | | | | Sold (part) | 03/06/09 | J | | |
| 64. - The New Ireland Fund Inc | | | | | Sold (part) | 03/06/09 | J | | |
| 65. - The New Ireland Fund Inc | | | | | Sold | 03/06/09 | J | | |
| 66. - IPATH MSCI India | None | | | | Sold (part) | 11/03/09 | J | | |
| 67. - IPATH MSCI India | | | | | Sold | 11/03/09 | L | | |
| 68. - Ishares MSCI EAFE Fund | None | | | | Sold | 11/03/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - Ishares TR FTSE/XINHUA China | | None | | | Sold (part) | 08/21/09 | K | | |
| 70. - Ishares TR FTSE/XINHUA China | | | | | Sold | 11/3/09 | M | | |
| 71. - Pharmaceutical Holders Tr | | None | | | Sold (part) | 08/31/09 | J | | |
| 72. - Pharmaceutical Holders Tr | | | | | Sold | 08/31/09 | L | | |
| 73. - Rydex S&P Equal Weight | | None | | | Sold (part) | 11/03/09 | K | | |
| 74. - Rydex S&P Equal Weight | | | | | Sold | 11/03/09 | L | | |
| 75. - Standard & Poors Midcap 400 | | None | | | Sold (part) | 11/03/09 | K | | |
| 76. - Standard & Poors Midcap 400 | | | | | Sold | 11/03/09 | J | | |
| 77. - Western Asset High Inc Oppty | | None | | | Sold (part) | 08/21/09 | K | | |
| 78. - Western Asset High Inc Oppty | | | | | Sold (part) | 11/03/09 | K | | |
| 79. - Western Asset High Inc Oppty | | | | | Sold (part) | 11/03/09 | J | | |
| 80. - Western Asset High Inc Oppty | | | | | Sold (part) | 11/03/09 | L | | |
| 81. - Western Asset High Inc Oppty | | | | | Sold (part) | 11/03/09 | L | | |
| 82. - Western Asset High Inc Oppty | | | | | Sold (part) | 11/03/09 | K | | |
| 83. - Western Asset High Inc Oppty | | | | | Sold | 11/04/09 | M | | |
| 84. Real Estate Partnership held by Keogh | A | Int./Div. | M | W | | | | | |
| 85. Installment note holding industrial as collateral | F | Interest | N | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L.. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V - Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 04/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 11 on VII: Garmin was purchased 12/31/08 it did not settle until 1/6/09. It was unsettled trade not showing on reporting for the 2008 disclosure report.

Line 42 on VII: Ishares Barclays Agg is a name change from Ishares Tr Lehman Aggregate from 2008 disclosure report.

Line 85 on VII: An installment note was added to the report in place of the industrial building because payments and interests are now being collected for the sale of the building.

Part I - Collegescholars, Inc is a charitable trust  The trust assets are held to fund college tuitions for the youngsters in our mentored scholarship program

All assets of Trust I are in Part VII. Please note that my accounts had transferred from Citigroup Smith Barney to Morgan Stanley in October 2008

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544